UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>- against -<br><br>LAURENCE M. BROWN, a/k/a LAWRENCE M. BROWN, and RONALD J. MANGINI,<br><br>Defendants,<br><br>- and -<br><br>INFINITY FARMS, LTD., SLOAN A. BROWN, SUSAN W. BROWN, MAYLIL, INC., and JUNE A. MANGINI,<br><br>Relief Defendants. | 10 CV 5564 (MGC)<br><br>**SUGGESTION OF BANKRUPTCY - RELIEF DEFENDANT SLOAN A. BROWN**<br><br>ECF CASE |

The plaintiff Securities and Exchange Commission respectfully suggests that on May 13, 2013, the relief defendant Sloan A. Brown filed a petition for relief under Chapter 7 of Title 11, United States Code, in the United States Bankruptcy Court for the Southern District of New York, at White Plains, Docket No. 13-22756.

Dated:    New York, New York
         May 13, 2013

                                /s/ John J. Graubard
                       JOHN J. GRAUBARD      JG-4854
                       JACK KAUFMAN          JK-3050
                       PHILIP MOUSTAKIS      PM-1748
                       Attorneys for Plaintiff
                       Securities and Exchange Commission
                       New York Regional Office
                       3 World Financial Center, Room 400
                       New York, NY 10281-1022
                       Tel.:      212-336-0084 (Graubard)
                       Fax:       212-336-1353
                       E-mail:    graubardj@sec.gov